IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE JAMES PETTWAY, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SABIC INNOVATIVE PLASTICS ) <br> US LLC, ) <br> ) <br> Defendant. ) | CASE NO. 2:20-CV-897-WKW <br> [WO] |

## **ORDER**

On February 25, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 45) is ADOPTED; and

(2) Plaintiff's action is DISMISSED without prejudice.

DONE this 16th day of March, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE